PROB 12C
(7/93)

Report Date: June 10, 2016

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Jun 16, 2016**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Felix Oregon-Hernandez          Case Number: 0980 2:10CR00003-RMP-1

Address of Offender: unknown at this time

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 6, 2010

| | |
|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison 366 days<br>TSR - 36 days |
| | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Frank Wilson |
| | Date Supervision Commenced: 11/19/2010 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: TBD, warrant status as of 1/20/2011 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/19/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

2          **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you re-enter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: On or about April 8, 2016, Mr. Oregon-Hernandez violated the terms of his supervised release by re-entering the United States without advance legal permission from the United States Attorney General or his designee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 10, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/16/2016

Date