PROB 12C
(7/93)

Report Date: January 19, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 20 2011

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Felix Oregon-Hernandez      Case Number: 2:10CR00003-001

Address of Offender: Imperial County Jail, 328 Applestille Rd., El Centro, CA 92243

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 5/6/2010

| | |
|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 366 Days; TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Federal Defenders |

Type of Supervision: Supervised Release

Date Supervision Commenced: 11/19/2010

Date Supervision Expires: 11/18/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: The offender was released from Bureau of Prisons' custody on November 19, 2010, and turned over to Immigration and Customs and Enforcement for deportation processing. Mr. Oregon-Hernandez was deported from Reno, Nevada, on November 24, 2010. The offender was again arrested for illegally entering the United States on December 20, 2010, near Calexico, California. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Oregon-Hernandez, Felix**
**January 19, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/19/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

January 19, 2011
Date